IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DDROPS COMPANY, REINHOLD VIETH and ELAINE VIETH, <br><br> Plaintiffs, <br><br> v. <br><br> MOM ENTERPRISES, LLC d/b/a MOMMY'S BLISS, <br><br> Defendant. | C.A. No: 1:22-cv-00332-GBW |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Plaintiffs Ddrops Company, Reinhold Vieth, and Elaine Vieth (collectively, "Plaintiffs") and Defendant MOM Enterprises, LLC d/b/a Mommy's Bliss ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties agree, subject to approval of the Court, to modify the following deadlines set forth in the Scheduling Order (D.I. 30) as set forth in the table below. All other deadlines remain unchanged and the above amendments do not affect the *Markman* hearing scheduled for June 1, 2023. (*See* D.I. 30 at 10.)

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendants serve responsive claim construction brief | March 10, 2023 | March 17, 2023 |
| Plaintiffs serve reply claim construction brief | March 28, 2023 | April 4, 2023 |
| Defendants serve sur-reply claim construction brief | April 11, 2023 | April 18, 2023 |
| Joint Claim Construction Brief | April 18, 2023 | April 25, 2023 |

2. The Plaintiffs are agreeable this Stipulation and the proposed changes to the Scheduling order *if and only if* the proposed changes do not result in the Court changing the

date for the Claim Construction Hearing, set for June 1, 2023 at 1:00pm (D.I. 30, ¶10). If the Court, for whatever reason, determines that the date for the Claim Construction hearing would have to be changed as a result of this proposed amendment, then the Plaintiffs oppose the proposal and do <u>not</u> agree to the Stipulation.

Dated: March 9, 2023

**CONNOLLY GALLAGHER LLP**

By: */s/ Alan R. Silverstein*
   Alan R. Silverstein (#5066)
   1201 North Market Street, 20th Floor
   Wilmington, DE 19801
   (302) 757-7322 (Telephone)
   asilverstein@connollygallagher.com

   Alan M. Anderson
   L. Reagan Florence
   Matthew Palen
   **ALAN ANDERSON LAW FIRM LLC**
   Crescent Ridge Corporate Center
   11100 Wayzata Blvd., Suite 545
   Minneapolis, MN 55305
   612-756-7000 (Telephone)
   aanderson@anderson-lawfirm.com
   rflorence@anderson-lawfirm.com
   mattpalen@comcast.net

   *Attorneys for Plaintiffs*
   *DDROPS COMPANY,*
   *REINHOLD VIETH and*
   *ELAINE VIETH*

**FISH & RICHARDSON, P.C.**

By: */s/ Jeremy D. Anderson*
   Jeremy D. Anderson (#4515)
   222 Delaware Ave., 17th Floor
   Wilmington, DE 19801
   (302) 652-5070 (Telephone)
   (302) 652-0607 (Facsimile)
   janderson@fr.com

   Neil J. McNabnay
   David B. Conrad
   Ricardo J. Bonilla
   Michael R. Ellis
   **FISH & RICHARDSON P.C.**
   1717 Main Street, Suite 5000
   Dallas, TX 75201
   (214) 747-5070 (Telephone)
   (214) 747-2091 (Facsimile)
   njm@fr.com
   conrad@fr.com
   rbonilla@fr.com
   ellis@fr.com

   *Attorneys for Defendant*
   *MOM ENTERPRISES, LLC D/B/A*
   *MOMMY'S BLISS*

SO ORDERED this _____ day of _____, 2023

_____
UNITED STATES DISTRICT JUDGE